# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>BOWDOIN GRAYSON SMITH, D.O., P.C.<br>FAMILY PRACTICE<br>9 MAGGART CIRCLE, CARTHAGE, TN 37030 | )<br>)<br>)<br>)<br>)<br>) | Case No.  **19-MJ-2056** |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     **Middle**     District of     **Tennessee**    
*(identify the person or describe the property to be searched and give its location):*

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before     **March 11, 2019**     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **Judge Jeffrey S. Frensley, U.S. Magistrate Judge**    .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☑ until, the facts justifying, the later specific date of     **05/26/2019**    .

Date and time issued:  2/25/2019, 2:35 PM.

*Judge's signature*

City and state:  Nashville, Tennessee      Judge Jeffrey S. Frensley, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: 02/27/19  11am | Copy of warrant and inventory left with: Bowdoin Smith |
| Inventory made in the presence of : Bowdoin Smith | | |
| Inventory of the property taken and name of any person(s) seized: See attached list(s).  3 DEA 12 Receipts | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 1, 2019

_TFO Rebecca Wright_
*Executing officer's signature*

TFO Rebecca Wright
*Printed name and title*

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Bowdoin Smith

**FILE NO.**

**G-DEP IDENTIFIER**

**FILE TITLE**

**DATE** 02/27/19

**DIVISION/DISTRICT OFFICE**
Nashville D.O. - TDS

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| | Prescription bottle w/ Brenda Bryder - Hydromorphone 8mg | |
| | Prescription bottle w/ Dennis Beaty - Triazolam .25mg | |
| | Prescription bottle w/ Calvin Boles - Kadian 30mg | |
| | Prescription bottle w/ Carolyn Bennett - Clorazepate 7.5mg | |
| | Prescription bottle w/ Meprozine to Diana Reynolds | |
| | Presc. bottle w/ Laura Smith - Oxymorphone 15mg | |
| | Prescription bottle w/ Peggy Jones - Hydrocodone 7.5 | |
| | Prescription bottle w/ missing name on label Morphine # 15mg | |
| | Prescription bottle w/ Lisa Arnold - Vicoprofen 7.5 | |
| | Prescription bottle w/ Mary Christian - Meprozine 50/25 | |
| | 2018 Sign In Logs | |
| | 2019 Sign In Logs | |

**RECEIVED BY (Signature)** TFO R. Wright
**NAME AND TITLE (Print or Type)** TFO R. Wright

**WITNESSED BY (Signature)** TFO Lisa Rush
**NAME AND TITLE (Print or Type)** TFO Lisa Rush

FORM DEA-12 (9-00) Previous editions obsolete

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Bowdoin Smith

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 2/27/19

DIVISION/DISTRICT OFFICE
Nashville DO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Hard Drive WD, ser.# WMC5K0118278 Containing S1RCD2, S1RCD3 | |
| 1 | Hard Drive WD, ser# WMC6N0M3CKV Containing S1RRS3, S1RRS2, *S1ROM4 | Serial# corrected 03/8/19 * added 3/8/19 RW |
| 1 | Hard Drive WD, ser# WCC621KPWRCC Containing S1RAD1, S1ROM1, S1ROM2, S1ROM3, S2ROM2 | |
| 1 | Hard Drive WD, ser# WMC6N0M4JYX Containing S1RCD1, S1RAD2, S1RPM1 | |
| 1 | Hard drive WD, ser# WMC6N0M3PC83 Containing S1R1D1 | |
| 1 | Hard Drive WD, ser# WCC6Y62C2E52 Containing S1R1D1 | |
| 1 | Generic No name Brand Server | |

RECEIVED BY (Signature): [signature]
NAME AND TITLE (Print or Type): TFO Rebecca Wright

WITNESSED BY (Signature): [signature]
NAME AND TITLE (Print or Type): Jason Bell

FORM DEA-12 (9-00) Previous editions obsolete

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Bowdoin Smith

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE 2/27/19

DIVISION/DISTRICT OFFICE

Nashville PO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | bag misc paperwork from Room A | evidence |
| 1 | bag misc paperwork from Room H | |
| 1 | bag misc paperwork from Room D | |
| 1 | bag misc paperwork from Room P | |
| 1 | bag misc paperwork from Room I | |
| 1 | bag misc paperwork from Room K | |
| 1 | bag misc paperwork from Room C | |
| 7 | boxes Patient Files | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

FORM DEA-12 (9-00) *Previous editions obsolete*